UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Case No.: 2:11-CV-02768-SDW-MCA

DOMINICK RUSSO,

Plaintiff,

vs.

NORTHSTAR LOCATION SERVICES, LLC,

Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, DOMINICK RUSSO, (plaintiff herein), voluntarily dismisses without prejudice the above-entitled action as to Defendant, NORTHSTAR LOCATION SERVICES, LLC, (defendant herein).

Dated:  July 15, 2011                    Respectfully submitted,

/s Andrew I. Glenn
Andrew I. Glenn, Esq.
E-mail:  AGlenn@cardandglenn.com
New Jersey Bar No.: 026491992
Card & Glenn, P.A.
The Five Corners Building
660 Newark Avenue, Floor 3
Jersey City, NJ 07306
Telephone:  (201) 254-5009
Facsimile:  (201)643-5959
Attorneys for Plaintiff

So Ordered
this 18th day of July, 2011

Susan D. Wigenton, U.S.D.J.

1